SEPTEMBER 14, 1950

**No. 54662.**—SUIT 4631.—H. H. MacDonaugh & Co. (The Mutual Supply Co.) v. United States.
Reap. Dec. 7701 affirmed June 30, 1950. C. A. D. 436.

BEFORE THE FIRST DIVISION, SEPTEMBER 19, 1950

**No. 54663.**—Heller Hope Co. v. United States, protests 130707–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54664.**—J. & H. Baer, Inc., et al. v. United States, protests 133048–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54665.**—Joseph Blank v. United States, protests 134105–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54666.**—Max Stern & Co., Inc. v. United States, protests 141206–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54667.**—Max Stern & Co., Inc. v. United States, protests 150425–K, etc. (New York).